**KOMBEA CORPORATION, Plaintiff–Appellee**

v.

**NOGUAR L.C., Defendant–Appellant**

2015–1890

United States Court of Appeals, Federal Circuit.

September 8, 2016

RANDALL BRET BATEMAN, Snow Christensen & Martineau, Salt Lake City, UT, argued for plaintiff-appellee. Also represented by JEFFREY L. SILVESTRINI, Cohne King-horn, P.C., Salt Lake City, UT.

JAMES G. GILLILAND, JR., Kilpatrick Townsend & Stockton LLP, San Francisco, CA, argued for defendant-appellant. Also represented by MEHRNAZ BOROUMAND SMITH, DARIUS C. SAMEROTTE.

## JUDGMENT

Per Curiam (Moore, Chen, and Hughes, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.